IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CIT SMALL BUSINESS LENDING CORP., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 1:10-cv-322 <br> ) |
| K-12 SKILLS, LLC, <br> SUDHIR GOEL, <br> and MONICA GOEL, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated August 12, 2010 (Dkt. No. 16) recommending entry of default judgment against Defendants K-12, LLC, Sudhir Goel, and Monica Goel. Defendants have not filed any objections to the Report and Recommendation. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that judgment is entered in favor of CIT Small Business Lending Corp. against K-12 Skills, LLC, Sudhir Goel, and Monical Goel, jointly and severally, in the amount of $746,556.72, with interest accruing at a *per diem* rate of $107.93 from June 8, 2010 until paid, plus $350.00 in costs.

The Clerk of Court is directed to enter default judgment against Defendants.

Alexandria, Virginia
September 2, 2010

/s/
Liam O'Grady
United States District Judge